**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 17-12791 |
| GREGORY ORISTAGLIO & | : |
| DEBORAH ORISTAGLIO | : |
| Debtors. | : Chapter 13 |

**PRE-CONFIRMATION CERTIFICATION**

**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECS. 1325(a)(6), 1325(a)(8) and (a)(9)**

    I, Timothy Zearfoss, Esquire, Attorney for debtors, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for November 7, 2017 in the above-referenced case:

    1. The above-named debtors will be able to make all payments under the plan and to comply with the plan.

    2. The above-named debtors have paid all post petition amounts that are required to be paid under any and all Domestic Support obligations.

    3. The above-named debtors have filed all applicable Federal, State, and local tax returns as required by 11 U.S.C. Sec. 1308.

    4. If the confirmation hearing date above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

    5. If this Certification is signed by counsel of debtors, counsel certifies that the debtors were duly questioned about the statements in this certification and supplied answers consistent with this Certification.

Date: 10/31/17                                /s/Timothy Zearfoss
                                                       Timothy Zearfoss, Esq.