## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gregory Oristaglio<br>         Deborah J. Oristaglio<br>                          Debtors | CHAPTER 13 |
| MidFirst Bank, or its successor and/or assignee<br>                          Movant<br>                vs. | NO. 17-12791 ELF |
| Gregory Oristaglio<br>Deborah J. Oristaglio<br>                          Debtors | |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of MidFirst Bank, which was filed with the Court on or about August 10, 2017 (Document No. 26).

                                        Respectfully submitted,

                                        **/s/ Matteo S. Weiner , Esquire**
                                        Matteo S. Weiner, Esquire
                                        mweiner@kmllawgroup.com
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322
                                        Attorneys for Movant/Secured Creditor

Dated: November 7, 2017