United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory Oristaglio  
Deborah J. Oristaglio  
    Debtors

Case No. 17-12791-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Nov 20, 2017  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.  
db/jdb        +Gregory Oristaglio,   Deborah J. Oristaglio,   2 West Elbon Road,   Parkside, PA 19015-3128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr          +E-mail/Text: bncnotice@ph13trustee.com Nov 21 2017 01:41:30     WILLIAM C. MILLER,  
         Office of the Chap. 13 Standing Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229  
                                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:  
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
          TIMOTHY   ZEARFOSS    on behalf of Joint Debtor Deborah J. Oristaglio tzearfoss@aol.com  
          TIMOTHY   ZEARFOSS    on behalf of Debtor Gregory  Oristaglio tzearfoss@aol.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                        TOTAL: 5

```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENSYLVANIA
IN RE:                              : BR NO. 17-12791
GREGORY ORISTAGLIO &                :
DEBORAH ORISTAGLIO                  :
         Debtors.                   : Chapter 13
```

**O R D E R**

AND NOW, this  20th  day of   November  , 2017, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtors, for allowance of compensation, it is:

**ORDERED** that compensation of **$3,500.00** is **ALLOWED** to Debtor's counsel and that the Trustee shall distribute **$2,400.00** to counsel to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**