United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12791-elf
Gregory Oristaglio                                                      Chapter 13
Deborah J. Oristaglio
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2             User: YvetteWD          Page 1 of 1              Date Rcvd: Jan 24, 2018
                                Form ID: 155            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
db/jdb         +Gregory Oristaglio,    Deborah J. Oristaglio,    2 West Elbon Road,    Parkside, PA 19015-3128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: bncnotice@phl3trustee.com Jan 25 2018 03:03:45      WILLIAM C. MILLER,
                Office of the Chap. 13 Standing Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              TIMOTHY  ZEARFOSS    on behalf of Joint Debtor Deborah J. Oristaglio tzearfoss@aol.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor Gregory  Oristaglio tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Gregory Oristaglio and Deborah J.
Oristaglio

        Debtor(s)

        Chapter: 13

        Bankruptcy No: 17–12791–elf

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 7th day of November, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

        Eric L. Frank
        Chief Judge ,
        United States Bankruptcy Court

        38
        Form 155