# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 17-12791-ELF

GREGORY ORISTAGLIO
DEBORAH J. ORISTAGLIO
2 WEST ELBON ROAD

PARKSIDE, PA 19015

       Debtor

## **CERTIFICATE OF SERVICE**

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

     GREGORY ORISTAGLIO
     DEBORAH J. ORISTAGLIO
     2 WEST ELBON ROAD

     PARKSIDE, PA 19015

Counsel for debtor(s), by electronic notice only.

     TIMOTHY ZEARFOSS
     143-145 LONG LANE

     UPER DARBY, PA 19082

                                                          /S/ William C. Miller

Date: 10/29/2018                                         _____

                                                            William C. Miller, Esquire
                                                            Chapter 13 Standing Trustee