# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-12791-ELF

GREGORY ORISTAGLIO
DEBORAH J. ORISTAGLIO
2 WEST ELBON ROAD

PARKSIDE, PA 19015

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GREGORY ORISTAGLIO
    DEBORAH J. ORISTAGLIO
    2 WEST ELBON ROAD

    PARKSIDE, PA 19015

Counsel for debtor(s), by electronic notice only.

    TIMOTHY ZEARFOSS
    143-145 LONG LANE

    UPER DARBY, PA 19082

                                                      /S/ William C. Miller

Date: 2/1/2021                                     _____
                                                     William C. Miller, Esquire
                                                     Chapter 13 Standing Trustee