Certificate Number: 05781-PAE-DE-036099952

Bankruptcy Case Number: 17-12791



05781-PAE-DE-036099952

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2021, at 7:51 o'clock PM PDT, Gregory Oristaglio completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 28, 2021                    By:    /s/Allison M Geving

Name:  Allison M Geving

Title:  President