Certificate Number: 05781-PAE-DE-036099950

Bankruptcy Case Number: 17-12791



05781-PAE-DE-036099950

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2021, at 7:51 o'clock PM PDT, Deborah Oristaglio completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 28, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President